No. 92, Misc. BRIDGES *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *John S. Burton,* Assistant Attorney General, for respondent.

No. 94, Misc. STEN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Osmond K. Fraenkel* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 98, Misc. McABEE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.

No. 101, Misc. DUVAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 104, Misc. BLACK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 106, Misc. EVERIST *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *R. Eugene Pincham* and *Charles B. Evins* for petitioner. *Daniel P. Ward* and *Elmer C. Kissane* for respondent.

No. 109, Misc. McMULLEN *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION AND WELFARE. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for respondent.